U.S. District Court
100 South Clinton Street
P.O. Box 7367
Syracuse, NY  13261-7367

William Pisshard Robinson
#13357-052
USP Yazoo City
P.O. Box 5000
Yazoo City, MS  39194

September 1, 2023

Re:  USA v. William Robinson, et al., 5:05-CR-322

Dear Mr. Robinson:

I am writing this letter to provide an estimated cost for copies of your trial transcripts from 2006 and evidentiary hearing transcripts from 2015 as you have requested.

The estimated cost for a copy of these transcripts at .50/pg. is $2072.50.  The cost may be higher as there are many other transcripts from your case on the docket in addition to the trial and evidentiary hearing.

Please let me know if I can be of any further assistance in this matter.

Sincerely,


Jodi L. Hibbard, RPR, CSR, CRR
Official U.S. Court Reporter
U.S. District Court/Northern District of New York